IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LUIS F. ASTUDILLO,

   Petitioner,

vs.            CIVIL ACTION NO.: CV206-171

JOSE M. VASQUEZ, Warden,

   Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Astudillo asserts that the Bureau of Prisons ("BOP") is unaware of what happens at facilities operated by Corrections Corporation of America. Astudillo alleges that the BOP has no oversight on the disciplinary procedures at McRae Correctional Facility. Astudillo also alleges that he does not speak English very well and was set up by a staff member who was bringing telephones and other contraband into the facility.

Astudillo's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Astudillo's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _____ day of _____, 2006.

                _____
                JUDGE, UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)